**UNDER SEAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
FEB - 9 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America )
v. )
)
JESUS FUNEZ FUENTES, ) Case No. 1:21-mj-39
a/k/a "Pun," )
and )
MARIA ANTONIA LOVOS )
)
Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __10/18/19 through 11/15/19__ in the city/county of __Prince William and elsewhere__
in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 924(a)(1)(A) | False Statement on a Form Required to be Kept in Records of a Federal Firearms Licensee |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA John C. Blanchard
*Printed name and title*

*Complainant's signature*

Nobi Thomas, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone
*(specify reliable electronic means).*

/s/ JFA
John F. Anderson
United States Magistrate Judge
*Judge's signature*

Date: February 9, 2021

City and state: Alexandria, Virginia

Hon John F. Anderson, U.S. Magistrate Judge
*Printed name and title*