AO 455 (Rev. 01/09) Waiver of an Indictment

FILED IN OPEN COURT

JUN 15 2021

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  1:21-cr-136 |
| JESUS FUNEZ FUENTES, ) | |
| a/k/a "Tony Rivera," a/k/a "Pun," ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6/15/2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

PAUL P. VANGELLOW
*Printed name of defendant's attorney*

/s/
_____
Anthony J. Trenga
United States District Judge
*Judge's signature*

_____
*Judge's printed name and title*